No. 596. IRVINE *v.* SPAETH, COMMISSIONER OF TAXATION.

October 13, 1941. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Mr. Leland W. Scott* for appellant. *Mr. J. A. A. Burnquist,* Attorney General of Minnesota, for appellee.

Nos. 360 to 496, inclusive. AMERICAN INSURANCE CO. AND OTHERS *v.* LUCAS, SUPERINTENDENT OF THE INSURANCE DEPARTMENT OF MISSOURI, ET AL.

October 13, 1941. *Per Curiam:* The decrees here sought to be reviewed modify consent decrees for the distribution of funds theretofore impounded by the District Court and direct a different distribution of these funds. They are not decrees "granting or denying" an injunction. Therefore direct appeals to this Court do not lie. § 266 of the Judicial Code, as amended, 28 U. S. C. § 380. See *Public Service Comm'n* v. *Brashear Lines,* 306 U. S. 204, 207, and *Phillips* v. *United States,* 312 U. S. 246, 248–251. The appeals are dismissed. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in this decision. *Messrs. Wm. Marshall Bullitt, E. R. Morrison,* and *D. A. Murphy* for appellants. *Messrs. Roy McKittrick,* Attorney General of Missouri, *James H. Linton,* and *Charles L. Henson* for Ray B. Lucas, Superintendent of Insurance, appellee.